No. 92–895. ROUCH v. ENQUIRER & NEWS OF BATTLE CREEK, MICHIGAN. Sup. Ct. Mich. Certiorari denied. JUSTICE WHITE and JUSTICE THOMAS would grant certiorari.

No. 92–1013. CHAPMAN v. POWERMATIC, INC. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 92–6423. GAYLE v. UNITED STATES; and

No. 92–6647. HESTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. Reported below: 967 F. 2d 483 and 488.

No. 92–6584. ALLEN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. JUSTICE BLACKMUN, JUSTICE O'CONNOR, and JUSTICE SOUTER would grant certiorari and reverse the judgment.

No. 92–7123. VITALE v. VITALE. Sup. Ct. N. H. Motion of respondent for award of damages denied. Certiorari denied.

No. 92–7251. ASSA'AD-FALTAS v. VIRGINIA DEPARTMENT OF HEALTH ET AL. C. A. 4th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–860. AVILA v. UNITED STATES, 506 U. S. 1054;

No. 92–5476. HUDSON v. NORTH CAROLINA, 506 U. S. 1055;

No. 92–6360. BLUE v. ILLINOIS, 506 U. S. 1058;

No. 92–6387. WIGLEY v. ALFRED HUGHES UNIT ET AL., 506 U. S. 1058;

No. 92–6421. PADIOS v. CONTINENTAL GROUP, INC., ET AL., 506 U. S. 1059;

No. 92–6460. VALDIVIEZ v. UNITED STATES, 506 U. S. 1060;

No. 92–6477. COOPER v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER (two cases), 506 U. S. 1060;

No. 92–6524. CAMARENA v. SUPERIOR COURT OF LONG BEACH, 506 U. S. 1062;

No. 92–6548. KETCHUM v. GRIFFITH ET AL., 506 U. S. 1063;

No. 92–6567. JONES ET AL. v. LASSEN ET AL., 506 U. S. 1064;

No. 92–6614. BRAGER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 506 U. S. 1065;

No. 92–6626. DEEMER *v.* CAIN, WARDEN, ET AL., 506 U. S. 1066;

No. 92–6677. WIGLEY *v.* ALFRED HUGHES UNIT ET AL., 506 U. S. 1084; and

No. 92–6734. WIGLEY *v.* SMITH ET AL., 506 U. S. 1085. Petitions for rehearing denied.

No. 91–7580. GRAHAM *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 506 U. S. 461. Motion of respondent to strike petition for rehearing denied. Petition for rehearing denied.

## MARCH 3, 1993

No. A–654. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* BREWER, AS NEXT FRIEND OF BREWER. Application to vacate the stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order staying the execution entered by Judge Norris of the United States Court of Appeals for the Ninth Circuit on March 2, 1993, is vacated. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.

## MARCH 4, 1993

No. 92–7815 (A–652). SAWYER *v.* WHITLEY, WARDEN. 24th Jud. Dist. Ct. La., Jefferson Parish. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE SOUTER would grant the application for stay.

## MARCH 8, 1993

No. 92–358. KENTUCKY CABINET FOR HUMAN RESOURCES ET AL. *v.* MADRY. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 92–812. PETROL MARINE CORP. *v.* PARFAIT. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.